UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

MURANO & ROTH, LLC
800 Kinderkamack Road, Suite 202N
Oradell, New Jersey 07649
201.265.3400
/s/ John F. Murano
John F. Murano\JM-8846

Order Filed on January 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
SUSAN LYNN LOZADA

Case No.: 18-25291

Chapter: 13

Judge: Meisel

# ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: January 14, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

2

On  December 23, 2019 , an application was filed for the Claimant(s),  Susan Lynn Lozada , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 4,285.21  held in unclaimed funds be made payable to  Susan Lynn Lozada  and be disbursed to the payee at the following address:

 1287 A Valley Road 
 Wayne, New Jersey 07470 

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

2